```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

DAVID LEE RUSSELL,

    Plaintiff,

v.                       Civil Action No. 2:15-00627

OFFICE OF GENERAL COUNSEL,

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation ("PF&R") of the United States Magistrate Judge filed on July 16, 2015, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the plaintiff or the defendant to the PF&R; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the PF&R be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that this action be, and hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the magistrate judge.

                                DATED: August 12, 2015

                                John T. Copenhaver, Jr.
                                United States District Judge